original papers (including the typewritten minutes) and on appellant's type-written brief, which shall include the opinion, if any, of the court below. Appellant shall file six copies of his typewritten brief and serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the May Term, commencing April 24, 1961; appeal ordered on the calendar for said term. John L. Sullivan, 26 Broadway, New York, N. Y., is assigned as counsel to prosecute the appeal. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILTON LEVINE, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the trial court. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Motion for assignment of counsel granted. Anthony F. Marra, Esq., 100 Centre Street, New York, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES POPOLO, Appellant.— Motion by appellant to dispense with printing and for assignment of counsel on his appeal from an order denying his motion for the minutes and documents relating to his judgment of conviction. Motion denied. No appeal lies from such an order and no appeal has been taken from the judgment of conviction. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY RECENELLO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief which shall include a copy of the opinion, if any, rendered by the trial court. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; the appeal is ordered on the calendar for said term. Motion for assignment of counsel denied. The appeal is from an order denying, without a hearing, appellant's *coram nobis* application. Appellant, therefore, either has in his possession a copy of the original papers to be used in the consideration of this appeal, or has full knowledge of the contents of such papers. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT O. ROSSI, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the trial court. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Pette, JJ., concur.

■    THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRIS STEVENSON, Appellant.— Motion by appellant for reconsideration of his motion to vacate an order of this court dated October 22, 1956, dismissing his appeal, granted. On reconsideration, motion granted and said order vacated. Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the trial court. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney.